UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NANCY V SISOMPHOU, et al.,

    Plaintiffs,

v.

KAISER FOUNDATION HOSPITALS, et al.,

    Defendants.

Case No. 4:20-cv-09219-KAW

ORDER OF RECUSAL

TO ALL PARTIES AND COUNSEL OF RECORD:

The court, on its own motion, recuses itself from any and all further proceedings in this matter.

All pending dates are hereby vacated and will be reset by the newly assigned judge.

IT IS SO ORDERED.

Dated: January 4, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge