UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY V SISOMPHOU, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KAISER FOUNDATION HOSPITALS, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-09219-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 44 |

In their joint status report, the parties notified the court that they reached an agreement to settle this matter and are waiting for Defendant to disperse the agreed settlement amount. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however, that if any party hereto shall certify to this Court within one hundred and twenty days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of one hundred and twenty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: October 26, 2023

_____
SALLIE KIM
United States Magistrate Judge